FILED

OCT 04 2018

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY ____ DEPUTY

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>FRANCISCO JAVIER NUNEZ,<br><br>Defendant. | Case No. 18-cr-2113-WQH<br><br>**JUDGMENT AND ORDER GRANTING MOTION AND DISMISSING INFORMATION**<br><br>[Dkt. No. __] |

Upon motion of the parties, and good cause appearing, the Court **GRANTS** the motion, and **DISMISSES** the Information [Dkt. No. 17] without prejudice.

**IT IS SO ORDERED.**

DATED: 10/-1/18

HON. WILLIAM Q. HAYES
United States District Judge